IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHRISTOPHER THOMAS AUSTIN**
**ADC #655309**                                                                                   **PLAINTIFF**

v.                                    Case No. 4:21-cv-00085-KGB-JJV

**ISACC WADE, Captain,**
**Cummins Unit, ADC,** *et al.*                                                     **DEFENDANTS**

<u>**ORDER**</u>

Before the Court are Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No 54). No objections were filed to the Proposed Findings and Recommendations, and the time for filing objections has passed. After careful consideration of the record before the Court, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 54). Accordingly, the Court grants, in part, and denies, in part, defendants Warden Aundrea Culclager, Captain Kenneth Starks, Officer Terrance Meadows, Officer Gary Jasper, and Officer Charles Dunn's motion for summary judgment on the issue of exhaustion (Dkt. No. 50). The Court dismisses without prejudice Warden Culclager and Captain Starks as parties to this lawsuit. Plaintiff Christopher Thomas Austin may proceed with his failure to protect, excessive force, and conditions of confinement claims against Officers Meadows, Jasper, and Dunn. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

It is so ordered this 29th day of August, 2022.

Kristine G. Baker
United States District Judge